

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2018

No. 04-18-00335-CR

Richard **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 552274
Honorable Jason Roland Garrahan, Judge Presiding

# O R D E R

On September 4, 2018, we abated this appeal to the trial court to hold a hearing to determine whether appellant desired to prosecute his appeal, whether appellant was indigent, and whether counsel had abandoned this appeal. *See* TEX. R. APP. P. 38.8(b)(2). On October 19, 2018, a supplemental clerk's record containing the trial court's findings of facts and conclusions of law was filed. The trial court found that appellant no longer desires to prosecute his appeal. We now ORDER this appeal reinstated on the docket of the court.

If appellant wishes this court to dismiss this appeal, he should file a motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a). If no motion to dismiss is filed on or before **November 26, 2018**, then we will decide his appeal based on the record alone and without briefs. *See* TEX. R. APP. P. 38.8(b)(4).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court